IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>NELLY IDOWU,<br><br>          Defendant. | MEMORANDUM DECISION AND ORDER GRANTING GOVERNMENT'S MOTIONS IN LIMINE RE: CORRECTED FACT STIPULATIONS AND TRANSCRIPTS OF RECORDINGS IN EVIDENCE<br><br><br>Case No. 2:20-CR-284 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on the government's Motion in Limine to Admit Corrected Fact Stipulations and Motion in Limine to Admit Transcripts of Recordings in Evidence. Having reviewed the Motions and having not received any objection from Defendant, the Court finds good cause to grant each of the government's Motions in Limine.

It is therefore

ORDERED that the government's Motion in Limine to Admit Corrected Fact Stipulations (Docket No. 245) and the government's Motion in Limine to Admit Transcripts of Recordings in Evidence (Docket No. 246) are GRANTED.

DATED this 16th day of October, 2023.

BY THE COURT:

_____
Ted Stewart
United States District Judge